IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNA MARIE THOMAS,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

CIVIL ACTION
NO. 17-1689

## **ORDER**

**AND NOW**, this 16th day of April 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Doc. No. 16) and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.